No. 02–5664. SELL *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 537 U. S. 999.] Motion of petitioner for leave

to file a supplemental brief in excess of the page limitation granted.